# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **CAMILLO LUIS GARCIA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:25-CV-00570-LS** |
| | § | |
| **WARDEN, ERO CAMP EAST MONTANA et. al.,** | § | |
| | § | |
| | § | |
| ***Respondents*.** | § | |

## ORDER FOR REPORT ON PETITIONER'S CUSTODY STATUS AND SETTING DEADLINE FOR DISMISSAL PAPERWORK, IF APPROPRIATE

The Executive Office for Immigration Review's Automated Case Information website reflects that an immigration judge granted Petitioner's voluntary removal on April 13, 2026, a fact about which neither party informed the Court. The parties shall advise the Court on or before September 4, 2026, whether Petitioner remains in custody, and if not, shall file dismissal paperwork on or before such date. If Petitioner remains in custody, the Court will set a deadline by which the parties will brief how the voluntary removal order bears on the subject habeas petition.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**